Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Jaime Mayorga

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAIME MAYORGA, )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>_____ ) | Case No: CR. 11-296 JAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SUBSTITUTING PROPERTY FOR PURPOSES OF SECURED PROPERTY BOND** |

        Defendant Jaime Mayorga, through his counsel of record, Patrick K. Hanly, appearing specially, and plaintiff United States of America, through its counsel, Assistant United States Attorney Dominique Thomas, agree and stipulate that Mr. Mayorga may substitute the property of Guadalupe Hernandez located at 1517 Ashley Avenue, Woodland California in the place his residence for purposes of satisfying the property bond requirement issued by the Honorable Dale A. Drozd on July 19, 2011.   The Pretrial Services Officer was notified of this requested change and has agreed to the substitution of property.

Dated: July  21, 2011                            /s/ Patrick K. Hanly_____
                                                                   Attorney for Defendant
                                                                   Jaime Mayorga

////

Stipulation and Order Substituting Property For Bond

1   Dated: July 21, 2011                    UNITED STATES ATTORNEY

2                                      By: /s/  Dominique Thomas
                                            Assistant United States Attorney
3

4
                                      **ORDER**
5

6
       Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby
7
    adopts the stipulation of the parties in its entirety as its Order.
8

9
       **IT IS SO ORDERED**.
10
       Dated: July 25, 2011                       /s/ Gregory G. Hollows
11                                     _____

12                                          United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28