Lindsay Sweet
1299 S Main Ste C # 163
Yreka, CA 96097
Telephone: (618) 713-0257
llsweet224@gmail.com

Attorney seeking Appointment for Defendant
JAIME MAYORGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME MAYORGA,<br><br>Defendant. | No. 2:11-CR-0296-JAM<br><br>**AMENDED ORDER FOR APPOINTMENT OF COUNSEL ON APPEAL** |

Defendant Jaime Mayorga, through counsel, hereby applies for an order appointing counsel to represent him for an interlocutory appeal of the district court's 10/19/17 order denying defendants' motion to dismiss (docket 646). At the panel administrator's request, attorney Lindsay Sweet agrees to accept the appointment for the appeal. Attorney Ron Peter will remain as counsel for defendant for all further proceedings in the district court.

Respectfully submitted,

Dated: October 23, 2017

/s/ Lindsay Sweet
Lindsay Sweet
Attorney seeking appointment
JAIME MAYORGA

**ORDER**

**IT IS SO ORDERED.**

Dated: 10/25/2017

                        /s/ John A. Mendez
                        HON. JOHN A. MENDEZ
                        United States District Court Judge