Law Offices of Ron Peters
RON PETERS (SBN: 45749)
901 H Street, Suite 611
Sacramento, California 95814
Telephone: (916) 322-2472
Facsimile: (916) 322-3208
Email: ronslaw207@sbcglobal.net

**Attorney for Defendant**
**JAIME MAYORGA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. **11-CR-00296 WBS** |
| **Plaintiff,** | **STIPULATION AND ORDER REMOVING SECURED BOND AND REPLACING WITH UNSECURED BOND** |
| v. | |
| **JAIME MAYORGA** | |
| **Defendant,** | |

Defendant, Jaime Mayorga through his attorney, Ron Peters and Brian A. Fogerty Assistant United States Attorney agree and stipulate that Mr. Mayorga may substitute the secured bond and property of Guadalupe Hernandez located at 1517 Ashley Avenue, Woodland California and replace with a $100,000 unsecured bond co-signed by Michael Mayorga, Armando Mayorga, and Miguel Vasquez. The Pretrial Service Officer was notified of this requested change and has agreed to the substitution of the property for the unsecured bond.

1

DATE: November 21, 2017    /s/Ron Peters
RON PETERS
Attorney for Defendant
**Jaime Mayorga**


/s/ Brian A. Fogerty
Brian A. Fogerty
Assistant United States Attorney

# ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby adopts the stipulations of the parties in its entirety as its Order.

**IT IS SO ORDERED**

Date: November 22, 2017

**/s/ JOHN A. MENDEZ**
**HONORABLE JOHN A. MENDEZ**
**UNITED STATES DISTRICT JUDGE**