Law Offices of Ron Peters
RON PETERS (SBN: 45749)
611 H Street, Suite 611
Sacramento, California 95814
Telephone:   (916) 322-2472
Facsimile:   (916) 322-3208
Email: ronslaw207@sbcglobal.net

**Attorney for Defendant
JAIME MAYORGA**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JAIME MAYORGA<br><br>       Defendants. | No. 11-CR-00296 JAM<br><br>**STIPULATION AND ORDER TO TERMINATE DEFENDANT'S PRE-TRIAL SERVICES SUPERVISION** |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the supervision of Jaime Mayorga by Pre-Trial Services be terminated. Mr. Mayorga has been under supervision for more than seven years; he has made all of his require court appearances; he has no prior failures to appear for court; and no violations have been filed. Pre-Trial Services has also been informed of the request and joins in the termination of Mr. Mayorga's supervision**.**

**It is so stipulated**

DATE: August 9, 2018                                /s/Ron Peters
                                                                 RON PETERS
                                                                 Attorney for Defendant
                                                                 **Jaime Mayorga**

1

|   |   |
|---|---|
|   | **MC GREGORY W. SCOTT**<br>**United States Attorney** |
| DATE: August 9, 2018 | /s/ Brian Forgery_____<br>Brian Forgery<br>**Assistant U.S. Attorney** |

**It is so ordered.**

|   |   |
|---|---|
| Date: August 14, 2018 | /s/ John A. Mendez_____<br>**JOHN A. MENDEZ**<br>**United States District Court Judge** |