Law Offices of Ron Peters
RON PETERS (SBN: 45749)
901 H Street, Suite 611
Sacramento, California 95814
Telephone: (916) 322-2472
Facsimile: (916) 322-3208
Email: ronslaw207@sbcglobal.net

**Attorney for Defendant
JAIME MAYORGA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 11-CR-00296 JAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| v. | ) **ALLOW DEFENDANT TO TRAVEL TO** |
| JAIME MAYORGA, | ) **MEXICO TO VISIT FAMILY** |
| Defendant, | ) |

Assistant United States Brian A. Fogerty and defendant Jaime Mayorga through his attorney Ron Peters, hereby agree and stipulate that Mr. Mayorga may travel to Mexico any time between the dates of January 15, 2019 and February 1, 2019 on a family vacation, specifically a cruise beginning in San Diego, California traveling to Mexico and returning to San Diego, California upon completion of said cruise.

It is further stipulated that the clerk of the court shall return Mr. Mayorga's United States passport to him on the date the attached proposed order is filed to permit him to travel to Mexico. Mr. Mayorga must return to the United States by February 1, 2019 and surrender his passport

1

to the clerk of the court within 24 hours of returning to the United States, but in no event later than February 1, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IS SO STIPULATED.**

DATE: January 8, 2019          /s/Ron Peters
RON PETERS
Attorney for Defendant
**Jaime Mayorga**


         /s/ Brian A. Fogerty
Brian A. Fogerty
**Assistant United States Attorney**

# **ORDER**

Based on the stipulation of the parties and good cause appearing there from, the Court hereby adopts the stipulations of the parties in its entirety as its Order.

**IT IS SO ORDERED**

Date: 1/10/19

                                 /s/ John A. Mendez_____
                                  **HONORABLE JOHN A. MENDEZ**
                                 **UNITED STATES DISTRICT COURT JUDGE**