**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**JAIME MAYORGA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.:  2:11-cr-00296-JAM-4 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| **vs.** | |
| **JAIME MAYORGA,** | |
| Defendant | |

     The United States of America, through its counsels of record, Mc Gregory W. Scott, United States Attorney for the Eastern District of California, and Brian Fogerty, Assistant United States Attorney, and defendants Jaime Mayorga, through his attorney, Ronald Peters, Esq, and Ruben Rodriguez, through his attorney Michael Long, Esq, hereby stipulate and agree that the sentencing scheduled for November 5, 2019 at 9:15 am shall be continued to December 10, 2019 at 9:15 am.

     Defendants need additional time to prepare a Memorandum in Aid of Sentencing primarily addressing 3553 factors. In doing so all parties are awaiting transcripts from hearings in other district courts pertaining to related matters. Furthermore, it anticipated that Michael Long attorney for Ruben Rodriguez will be in jury trial in Sacramento Superior Court on November 5, 2019.

Accordingly the defendant agrees that Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision November 5, 2019 through December 10, 2019.

**Respectfully Submitted,**
**MC GREGORY W. SCOTT**
**United States Attorney**

DATE: October 9, 2019         /s/ Ron Peters for Brian Fogerty
BRIAN FOGERTY
**Assistant U.S. Attorney**

DATE: October 9, 2019         /s/Ron Peters
RON PETERS
Attorney for Defendant
**Jaime Mayorga**

DATE: October 9, 2019         /s/Ron Peters for Michael Long
RON PETERS Attorney for Defendant
**Ruben Rodriguez**

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

2

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, to and including December 10, 2019.

It is so ordered.

Date:  October 9, 2019    /s/ John A. Mendez
**JOHN A. MENDEZ
United States District Court Judge**