Law Offices of Ron Peters
RON PETERS (SBN: 45749)
901 H Street, Suite 611
Sacramento, California 95814
Telephone:   (916) 322-2472
Facsimile:   (916) 322-3208
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
JAIME MAYORGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  11-cr-00296 JAM |
| Plaintiff, | MOTION FOR PERMISSION FOR DEFENDANT TO TRAVEL TO MEXICO |
| vs. | |
| JAIME MAYORGA, | |
| Defendant | |

**COMES NOW THE DEFENDANT**, **JAIME MAYORGA** through his attorney, Ron filed this motion requesting that the court grant permission for the defendant to travel to Mexico any time between the dates of April 1, 2020 and May 18, 2020 to accompany his wife and small children who will be moving to Mexico and residing with his parents while he is incarcerated. Mr. Mayorga has successfully been removed from Pretrial Services in August 2018 and has been successful while off pretrial services and has attended all his court hearings including his jury trial and the sentencing hearing on February 4, 2020. Mr. Mayorga would like to assist his family with adjusting to life in Mexico and while he is incarcerated. The clerk of this court is in

possession of his passport and the defendant request that the passport be released to him or Desirene Lozano, Certified Paralegal for attorney Ron Peters

 The government in this case is represented by Assistant United States Attorney Brian Fogerty who does not oppose this motion.

DATE: March 27, 2020          /s/Ron Peters
                   RON PETERS
                   Attorney for Defendant
                   Jaime Mayorga

## **ORDER**

Pursuant to the parties unopposed motion is it hereby ordered that the defendant Jaime Mayorga be permitted to travel to the country of Mexico between the dates of April 1, 2020 to May 18, 2020. The United States District Court Clerk is hereby ordered to return Mr. Mayorga's passport to him or Desirene Lozano, Certified Paralegal for attorney Ron Peters.

**IT IS SO ORDERED**

Date: 3/27/2020 /s/ John A. Mendez
**HONORABLE JOHN A. MENDEZ**
**UNITED STATES DISTRICT JUDGE**